UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILYA AZARYEV, #09852, and BLACKBOX CAPITAL INC., | |
| Plaintiffs, | CIVIL ACTION NO. 1:23-cv-00913 |
| v. | (SAPORITO, M.J.) |
| DAUPHIN COUNTY DISTRICT ATTORNEY and DAUPHIN COUNTY, | |
| Defendants. | |

FILED
WILKES BARRE
JUN 23 2023
PER M5
DEPUTY CLERK

## ORDER

AND NOW, this 22nd day of June, 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. **Within thirty (30) days** after entry of this order, the plaintiffs shall submit for filing a copy of the complaint that is fully compliant with the requirements of Rule 11 of the Federal Rules of Civil Procedure;

2. In particular, the pleading shall be signed by a licensed attorney, who is admitted to the bar of this Court, on behalf of plaintiff Blackbox Capital Inc.;

3. Together with this properly signed copy of the complaint, the plaintiffs shall remit payment of the **$402** filing and administrative fees

due upon commencement of this civil action; and

    4.    A ruling on the plaintiffs' motion for leave to proceed *in forma pauperis* with respect to plaintiff Ilya Azaryev (Doc. 5) will be **DEFERRED** pending resolution of the signature and filing-fee issues presented with respect to plaintiff Blackbox.

                                                   */s/ Joseph F. Saporito, Jr.*
                                               JOSEPH F. SAPORITO, JR.
                                               United States Magistrate Judge